452 A.2d 1078

Salkowski, Sr., et al., Appellants v. Bearoff, etc.

Argued October 6, 1981.   Thomas B. Rutter, for appellants;  George H. Knoell, III, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The judgment of the learned Montgomery County Common Pleas Court Judge Frederick Smillie is affirmed.